**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| The City of Farmington Hills Employees Retirement System,<br><br>                    Plaintiff,<br><br>v.<br><br>Wells Fargo Bank N.A.,<br><br>                    Defendant. | 10cv4372    (JNE/SRN)<br><br><br><br>**ORDER OF RECUSAL** |

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses herself from hearing this matter. Accordingly,

**IT IS ORDERED** pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Securities list of the automated case assignment system.

DATED: December 16, 2010

                                                                                s/ Joan N. Ericksen
                                                                                JOAN N. ERICKSEN, Judge
                                                                                United States District Court