# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

The City of Farmington Hills Employees
Retirement System,

       Plaintiff,                   Civil No. 10-4372 (RHK/SRN)

vs.                              **DISQUALIFICATION AND
                                       ORDER FOR REASSIGNMENT**

Wells Fargo Bank N.A., et al.,

       Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: December 17, 2010

                                               s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge