**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| THE CITY OF FARMINGTON HILLS EMPLOYEES RETIREMENT SYSTEM AND THE BOARD OF TRUSTEES OF THE ARIZONA STATE CARPENTERS PENSION TRUST FUND AND THE ARIZONA STATE CARPENTERS DEFINED CONTRIBUTION TRUST FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Court File No. 0:10-cv-04372-DWF-JJG<br><br><br>**STIPULATION REGARDING ADMISSION OF DOCUMENTS INTO EVIDENCE** |

---

THE PARTIES HEREBY STIPULATE AND AGREE THAT:

1. Exhibits listed on the attached Exhibit A are admissible and hereby admitted into evidence subject to any limitations set forth herein.

2. The statements made in exhibits admitted by this Stipulation (including price estimates) are not admitted for the truth of the matter asserted in such statements but rather as evidence that such statements were made; this does not preclude either Party from arguing the truth or falsity of such statements.

3. The Parties' making of this Stipulation does not prejudice or constitute waiver of either Party's ability to object to the admission of other evidence as contrary to the Court's Orders regarding any motion *in limine*, and any Stipulation herein to the

admission of any exhibit that is arguably inconsistent with any such Order does not constitute grounds for the admission of any further evidence inconsistent with any such Order.

4. Nothing herein precludes either Party from objecting to the specific use of any exhibit admitted by this Stipulation.

5. The information contained on Exhibit A is for identification purposes only and shall not be interpreted as being a binding description or characterization of any Trial Exhibit or the grounds for admission of any Trial Exhibit.

6. Exhibit A is not intended to be an exhaustive list of the type of trial exhibits listed on Exhibit A. Nothing herein shall be deemed as a waiver of either party's right to offer into evidence additional trial exhibits of the type listed on Exhibit A, or a waiver of either party's right to object to such additional exhibits.

STIPULATED AND AGREED TO BY:

| **GLANCY BINKOW & GOLDBERG LLP** | **ZELLE HOFMANN VOELBEL & MASON LLP** |
|---|---|
| By: s/Christopher D. Kaye | By: s/ Lindsey A. Davis |
| Peter A. Binkow | Dan Millea (MN State Bar #245963) |
| Kevin F. Ruf | Rory Zamansky (MN State Bar #0330620) |
| Kara Wolke | Lindsey A. Davis (MN State Bar #0332148)500 |
| Casey E. Sadler | Washington Avenue South, Suite 4000 |
| Leanne Heine | Minneapolis, MN 55415 |
| 1925 Century Park East, Suite 2100 | Phone:  (612) 339 2020 |
| Los Angeles, CA 90067 | Fax:     (612) 336 9100 |
| Phone: (310) 201 9150 | E-mail: dmillea@zelle.com; |
| Fax: (310) 201 9160 | rzamansky@zelle.com; ldavis@zelle.com |
| E-mail: pbinkow@glancylaw.com; | |
| kwolke@glancylaw.com; | Bart H. Williams |
| lheine@glancylaw.com; | Manuel F. Cachán |
| csadler@glancylaw.com; | Erin Cox |

kevinruf@gmail.com

David M. Cialkowski
Carolyn G. Anderson
Brian C. Gudmundson
June Hoidal
**ZIMMERMAN REED, P.L.L.P.**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
E-mail:
David.cialkowski@zimmreed.com;
Carolyn.anderson@zimmreed.com;
Brian.Gudmundson@zimmreed.com;
June.Hoidal@zimmreed.com

Thomas C. Michaud
**VANOVERBEKE, MICHAUD & TIMMONY P.C.**
79 Alfred Street
Detroit, MI 48201
tmichaud@vmtlaw.com

Avraham Noam Wagner
**THE WAGNER LAW FIRM**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
E-mail: avi@thewagnerfirm.com

E. Powell Miller
Sharon S. Almonrode
Christopher D. Kaye
Jayson E. Blake
**The Miller Law Firm, P.C.**
950 West University Drive, Suite 300
Rochester, MI 48307
E-mail: epm@millerlawpc.com;
cdk@millerlawpc.com;
jeb@millerlawpc.com;
ssa@millerlawpc.com

**ATTORNEYS FOR PLAINTIFFS AND THE CLASS**

**MUNGER TOLLES & OLSON LLP**
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071
(213) 683-9100
Bart.williams@mto.com
Manuel.cachan@mto.com
Erin.cox@mto.com

**ATTORNEYS FOR DEFENDANT**