# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# STATUS CONFERENCE HEARING

| | |
|---|---|
| City of Farmington Hills Employees Retirement System, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Donovan W. Frank |
| | U.S. District Judge |
| v. | Case No: CV 10-4372 DWF/JJG |
| | Date: April 14, 2014 |
| Wells Fargo Bank N.A., | Court Reporter: Jeanne Anderson |
| | Courthouse: St. Paul |
| Defendant. | Courtroom: 7C |
| | Time Commenced: 9:05 a.m. |
| | Time Concluded: 9:36 a.m. |
| | Time in Court: 31 Minutes |

Hearing on: **Status Conference**

APPEARANCES:

    Plaintiff:    E. Powell Miller, Carolyn Anderson, Peter Binkow

    Defendant:    Bart Williams, Manuel Cachan, Daniel Millea, Erin Cox, Elizabeth Kniffen, Lindsey Davis, Rory Zamansky

PROCEEDINGS:   Counsel for both sides reported that the case has settled.  The Preliminary Approval Hearing will be held on June 5, 2014, at 9 AM.

☐ Plaintiff's Witnesses:
☐ Plaintiff' Exhibits:
☐ Defendant's Witnesses:
☐ Defendant's Exhibits:

    s/B. Schaffer
    Calendar Clerk