# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| THE CITY OF FARMINGTON HILLS EMPLOYEES RETIREMENT SYSTEM AND THE BOARD OF TRUSTEES OF THE ARIZONA STATE CARPENTERS PENSION TRUST FUND AND THE ARIZONA STATE CARPENTERS DEFINED CONTRIBUTION TRUST FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>   Defendant. | Court File No. 0:10-cv-04372-DWF/JJG<br><br>**CERTIFICATE OF SERVICE FOR [PROPOSED] ORDER** |

I hereby certify that on May 28, 2014, I caused the following document:

 [Proposed] Order

to be filed with the court via email to the following judge:

Judge Donovan W. Frank, frank_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be emailed as noted below to the following:


Peter Binkow
Kara Wolke
Casey E. Sadler
Leanne Heine
Kevin Ruf
**GLANCY BINKOW & GOLDBERG LLP**
1925 Century Park East, Suite 2100

Thomas C. Michaud (*pro hac vice*)
**VANOVERBEKE, MICHAUD & TIMMONY P.C.**
79 Alfred Street
Detroit, MI 48201
tmichaud@vmtlaw.com

Los Angeles, CA 90067
pbinkow@glancylaw.com
kwolke@glancylaw.com
csadler@glancylaw.com
lheine@glancylaw.com
kevinruf@gmail.com

David M. Cialkowski
Carolyn G. Anderson
Brian C. Gudmundson
June Hoidal
**ZIMMERMAN REED, P.L.L.P.**
1100 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
David.Cialkowski@zimmreed.com
Carolyn.Anderson@zimmreed.com
Brian.Gudmundson@zimmreed.com
June.Hoidal@zimmreed.com

Dated:  May 28, 2014

Avraham Noam Wagner
**THE WAGNER LAW FIRM**
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
avi@thewagnerfirm.com

E. Powell Miller
Christopher D. Kaye
Jayson E. Blake
Sharon S. Almonrode
**THE MILLER LAW FIRM, P.C.**
950 West University Drive, Suite 300
Rochester, MI 48307
epm@millerlawpc.com
cdk@millerlawpc.com
jeb@millerlawpc.com
ssa@millerlawpc.com

**ZELLE HOFMANN VOELBEL & MASON LLP**

By:  s/ Rory Zamansky
Dan Millea (MN State Bar #245963)
Rory D. Zamansky (MN State Bar # 0330620)
Lindsey A. Davis (MN State Bar #0332148)
500 Washington Avenue South, Suite 4000
Minneapolis, MN  55415
Phone: (612) 339-2020
Fax: (612) 336-9100
E-mail:dmillea@zelle.com;
rzamansky@zelle.com; ldavis@zelle.com

and

**MUNGER TOLLES & OLSON LLP**
Bart H. Williams (admitted *pro hac vice*)
Manuel F. Cachán (admitted *pro hac vice*)
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071
Phone (213) 683-9100
E-mail: Bart.williams@mto.com
Manuel.cachan@mto.com

3

**ATTORNEYS FOR DEFENDANT WELLS FARGO BANK, N.A**.

3