# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| THE CITY OF FARMINGTON HILLS EMPLOYEES RETIREMENT SYSTEM AND THE BOARD OF TRUSTEES OF THE ARIZONA STATE CARPENTERS PENSION TRUST FUND AND THE ARIZONA STATE CARPENTERS DEFINED CONTRIBUTION TRUST FUND, Individually and on Behalf of All Others Similarly Situated, | Court File No. 0:10-cv-04372-DWF-JJG |
| Plaintiffs, | **PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| vs. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

Plaintiffs The City of Farmington Hills Employees Retirement System and The Board of Trustees of the Arizona State Carpenters Pension Trust Fund and the Arizona State Carpenters Defined Contribution Trust Fund ("Plaintiffs"), by and through their undersigned counsel, respectfully move this Court for an Order to preliminarily approve the class action settlement.

This Motion is based upon all the files, records and proceedings herein, Plaintiffs' Memorandum of Law, the Declaration of Peter A. Binkow and exhibits attached thereto, and arguments of counsel. Plaintiffs respectfully submit that the Motion should be granted in its entirety.

Dated: May 28, 2014                    Respectfully submitted,

                                                                     **GLANCY BINKOW & GOLDBERG LLP**

                                                                     By: <u>s/ *Peter A. Binkow*</u>
Peter A. Binkow (*pro hac vice*)
Kevin F. Ruf (*pro hac vice*)
Kara M. Wolke (*pro hac vice*)
Casey E. Sadler (*pro hac vice*)
Leanne E. Heine (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:   (310) 201-9150
Facsimile:    (310) 201-9160
pbinkow@glancylaw.com
kevinruf@gmail.com
kwolke@glancylaw.com
csadler@glancylaw.com
lheine@glancylaw.com

**THE MILLER LAW FIRM, P.C.**
E. Powell Miller (*pro hac vice*)
Sharon S. Almonrode (*pro hac vice*)
Jayson E. Blake (*pro hac vice*)
Christopher D. Kaye (*pro hac vice*)
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone:    (248) 841-2200
Facsimile:     (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com
jeb@millerlawpc.com
cdk@millerlawpc.com

**ZIMMERMAN REED, P.L.L.P**
Carolyn G. Anderson (State Bar No. 275712)
David Cialkowski (State Bar No. 306526)
Brian C. Gudmundson (State Bar No. 336695)
June P. Hoidal (State Bar No. 033330X)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone:    (612) 341-0400
Facsimile:     (612) 341-0844
Carolyn.Anderson@zimmreed.com
David.Cialkowski@zimmreed.com
Brian.Gudmundson@zimmreed.com
June.Hoidal@zimmreed.com

**VANOVERBEKE, MICHAUD & TIMMONY, P.C.**
Thomas C. Michaud (*pro hac vice*)
79 Alfred Street
Detroit, MI 48201
Telephone:    (313) 578-1200
Facsimile:     (313) 578-1201
tmichaud@vmtlaw.com

2

**THE WAGNER LAW FIRM**
Avraham Noam Wagner (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:   (310) 491-7949
Facsimile:    (310) 694-3967
avi@thewagnerfirm.com

*Attorneys for Plaintiffs and the Class*