# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| City of Farmington Hills Employees Retirement System, | **COURT MINUTES** |
| | BEFORE: Donovan W. Frank |
| Plaintiff, | U.S. District Judge |
| v. | Case No: CV 10-4372 DWF/JJG |
| | Date: August 14, 2014 |
| Wells Fargo Bank N.A., | Court Reporter: Jeanne Anderson |
| | Courthouse: St. Paul |
| | Courtroom: 7C |
| Defendant. | Time Commenced: 9:02 a.m. |
| | Time Concluded: 10:04 a.m. |
| | Time in Court: 1 Hour & 2 Minutes |

Hearing on: **Motion for Attorneys' Fees and Costs, and Class Representative Service Awards (Doc. No. 670) and Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds (Doc. No. 675)**

APPEARANCES:

    Plaintiff:    E. Powell Miller, Peter Binkow, Carolyn Anderson
    Defendant:    Daniel Millea, Rory Zamansky, Lindsey Davis

PROCEEDINGS:

    ☐ Plaintiff's Witnesses:
    ☐ Plaintiff' Exhibits:
    ☐ Defendant's Witnesses:
    ☐ Defendant's Exhibits:

**\*\*IT IS ORDERED:**

    ☒ **Submitted**    ☐ **Sustained**    ☐ **Overruled**
    ☐ Brief time set:
    ☒ Written order forthcoming.

s/B. Schaffer<br>Calendar Clerk